[Nos. 13723-2-II; 14641-0-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN K. KROPF, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PAMELA C. RICK, *Appellant.*

Appeals from judgments of the Superior Court for Skamania County, Nos. 90-1-00003-4, 90-1-00004-2, Ted Kolbaba, J., entered March 16, 1990, and January 17, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 13771-2-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD SNOW, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03626-8, Bruce Cohoe, J., entered April 2, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 12338-0-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD WALKS-ON-TOP, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-00725-0, J. Dean Morgan, J., entered September 13, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.